Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>THE MICHAEL KING SMITH FOUNDATION<br><br>Debtor. | Case No. 16-30233-rld11<br><br>ORDER AUTHORIZING EMPLOYMENT OF MOTSCHENBACHER & BLATTNER, LLP AS ATTORNEYS FOR DEBTOR |

THIS MATTER having come before the Court on the application of the Michael King Smith Foundation, Debtor-in-Possession ("Debtor"), for an order authorizing it to employ Motschenbacher & Blattner, LLP as attorneys for Debtor; the Court having reviewed the motion and accompanying statement, and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED as follows:

1) Debtor's Application to Employ Counsel is approved, and Debtor is authorized to employ the law firm of Motschenbacher & Blattner, LLP as of the Petition Date as Debtor's Chapter 11 counsel to represent Debtor in conducting the case; and

Page 1 – ORDER AUTHORIZING EMPLOYMENT OF BANKRUPTCY COUNSEL

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 16-30233-rld11    Doc 31    Filed 02/29/16

2) The Debtor shall pay said attorneys for their services only upon the entry of an order of the Court approving such fees under 11 U.S.C § 330.

# # #

I hereby certify that the Office of the United States Trustee has indicated that it no objection to this form of order.

Order Presented by:
MOTSCHENBACHER & BLATTNER, LLP
/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtor

**PARTIES TO SERVE**

**ECF Electronic Service:**

- ROBERT BOGHOSIAN    rboghosian@ctswlaw.com
- OREN B HAKER    obhaker@stoel.com, docketclerk@stoel.com;lacey.gillet@stoel.com
- NICHOLAS J HENDERSON    nhenderson@portlaw.com, csturgeon@portlaw.com;tsexton@portlaw.com;atrauman@portlaw.com
- ALBERT N KENNEDY    al.kennedy@tonkon.com, leslie.hurd@tonkon.com;andy.haro@tonkon.com;spencer.fisher@tonkon.com
- JUSTIN D LEONARD    jleonard@LLG-LLC.com, justin-leonard-leonard-law-group-llc-5265@ecf.pacerpro.com
- CARLA GOWEN MCCLURG    carla.mcclurg@usdoj.gov
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

**Service via First-Class Mail:**

- None

Page 2 – ORDER AUTHORIZING EMPLOYMENT OF
    BANKRUPTCY COUNSEL

**Motschenbacher & Blattner, LLP**
**117 SW Taylor St., Suite 200**
**Portland, OR 97204**
**Phone: (503) 417-0500**
**Fax: (503) 417-0501**

Case 16-30233-rld11    Doc 31    Filed 02/29/16