Below is an Order of the Court.

RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No.  16-30233-rld11 |
| The Michael King Smith Foundation, | AGREED ORDER SETTING DEADLINES FOLLOWING MEETING OF CREDITORS |
| Debtor. | |

Following the meeting of creditors held pursuant to 11 U.S.C. § 341(a) in the above-referenced case on March 4, 2016, and based upon the testimony of the debtor's representative during the meeting of creditors and the agreement by the debtor's representative and counsel for the debtor; now, therefore,

IT IS HEREBY ORDERED that by March 18, 2016, the debtor shall:

1.     Provide to the United States Trustee (the "UST") documentation that the UST has been added to each insurance policy as a party entitled to receive notice of cancellation of insurance for all policies;

2.     File amended Schedules B and D, an amended Statement of Financial Affairs, and all other appropriate amendments;

3.     Provide to the UST copies of the following documents:

    a.   The most recent balance sheet for the debtor that summarizes in detail all of the

Page 1 - AGREED ORDER SETTING DEADLINES FOLLOWING MEETING OF CREDITORS

debtor's assets, including without limitation personal property;

b.  The debtor's general ledger for the period of January 1, 2014 through the date of the meeting of creditors;

c.  Documentation of all transactions between Gemcap Lending I, LLC ("Gemcap") and the debtor, including without limitation all loan agreements, forbearance agreements, security agreements, cross-collateralization agreements, and notes;

d.  Documentation of the disposition of funds received from the transactions described in paragraph 3.c above, if the general ledger requested above does not provide adequate information regarding the disposition of such funds;

e.  Documentation of the cross-collateralization of Gemcap loans on which the debtor and a related entity, Venture Holdings, Inc., were obligated, including without limitation agreements and notes;

f.  Documentation of the payments made by Venture Holdings, Inc. in connection with the transaction described in paragraph 3.e above, including ledgers, statements, and summaries;

g.  Documentation of any filings with the Oregon Secretary of State as a business trust under Oregon law; and

h.  Any mission statement issued consistent with paragraph 2.2(a) of the Trust Agreement for the Michael King Smith Foundation dated November 15, 2006.

###

I hereby certify that I have complied with the requirements of LBR 9021-1(a)(1)(B).

**IT IS SO AGREED:**

THE MICHAEL KING SMITH FOUNDATION, Debtor


 _/s/ Nicholas J. Henderson_                                  Dated:  __3/8/16__
Nicholas J. Henderson, OSB#074027
Attorney for Debtor



Page 2 - AGREED ORDER SETTING DEADLINES FOLLOWING MEETING OF CREDITORS

GAIL BREHM GEIGER, Acting United States Trustee for Region 18


By:      */s/ Carla G. McClurg*                            Dated:   3/8/16
        Carla G. McClurg, CSB# 227738
        Trial Attorney



Presented by:

GAIL BREHM GEIGER
Acting U.S. Trustee for Region 18


/s/ *Carla G. McClurg*
Carla G. McClurg, CSB 227738
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205
Telephone: (503) 326-7659
Email: carla.mcclurg@usdoj.gov

Copies to:

The Michael King Smith Foundation
1271 NE Hwy 99W, PMB 502
McMinnville, OR 97128