BOND NO. 016070532

BANKRUPTCY COURT
DISTRICT OF OREGON
2016 MAY 16 AM 11:14
LODGED_____ REC'D____
PAID_____ DOCKETED_____

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

IN RE: THE MICHAEL KING SMITH FOUNDATION

        CASE NO: 16-30233-rld11
        CHAPTER 11

**BOND OF TRUSTEE**

WE, KENNETH S. EILER of PORTLAND, OR, as principal and LIBERTY MUTUAL INSURANCE COMPANY, as surety bind ourselves to the UNITED STATES OF AMERICA in the sum of TEN THOUSAND AND 00/100 DOLLARS ($10,000.00) for the faithful performance by the undersigned principal of his official duties as TRUSTEE of the above-named debtor.

This bond shall remain in full force and effect until the Surety has terminated further liability after 30 days written notice filed with the Clerk of the United States Bankruptcy Court for the DISTRICT OF OREGON and with the U. S. Trustee, **OR** the Trustee obtains written authorization from the U.S. Trustee or his/her designate releasing the surety company from any further liability under the bond. The surety shall have no liability for any losses caused by conduct in which said named principal engaged prior to the effective date of this bond.

DATED: May 12, 2016

        KENNETH S. EILER
        _____
        PRINCIPAL

        LIBERTY MUTUAL INSURANCE COMPANY
        _____
        ELIZABETH SCHOTT
        ATTORNEY-IN-FACT

BOND NO. 016070532

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

IN RE: THE MICHAEL KING SMITH FOUNDATION

CASE NO: 16-30233-rld11
CHAPTER 11

**BOND OF TRUSTEE**

WE, KENNETH S. EILER of PORTLAND, OR, as principal and LIBERTY MUTUAL INSURANCE COMPANY, as surety bind ourselves to the UNITED STATES OF AMERICA in the sum of TEN THOUSAND AND 00/100 DOLLARS ($10,000.00) for the faithful performance by the undersigned principal of his official duties as TRUSTEE of the above-named debtor.

This bond shall remain in full force and effect until the Surety has terminated further liability after 30 days written notice filed with the Clerk of the United States Bankruptcy Court for the DISTRICT OF OREGON and with the U. S. Trustee, **OR** the Trustee obtains written authorization from the U.S. Trustee or his/her designate releasing the surety company from any further liability under the bond. The surety shall have no liability for any losses caused by conduct in which said named principal engaged prior to the effective date of this bond.

DATED: May 12, 2016

KENNETH S. EILER
_____
PRINCIPAL

LIBERTY MUTUAL INSURANCE COMPANY

ELIZABETH SCHOTT
ATTORNEY-IN-FACT

Approved as to form:

Gail B. Geiger, Acting U.S. Trustee
Region 18

THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

Certificate No. 7076578

American Fire and Casualty Company
The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That American Fire & Casualty Company and The Ohio Casualty Insurance Company are corporations duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, __Candice T. Gros; Catherine C. Kehoe; Clark P. Fitz-Hugh; Conway C. Marshall; Darlene A. Bornt; David C. Joseph; Elizabeth C. Dukes; Elizabeth K. Wright; Elizabeth Schott; Emily G. Lapeyre; Jessica Palmeri; Kristine Donovan; Linda C. Sheffield; R. Tucker Fitz-Hugh; Sara S. DeJarnette; Stephen Beahm__

all of the city of _New Orleans_, state of _LA_ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this _31st_ day of _July_, _2015_.

American Fire and Casualty Company
The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: _David M. Carey_
David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA ss
COUNTY OF MONTGOMERY

On this _31st_ day of _July_, _2015_, before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of American Fire and Casualty Company, Liberty Mutual Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Plymouth Twp., Montgomery County
My Commission Expires March 28, 2017
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS** – Section 12. Power of Attorney. Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII** – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings. Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Gregory W. Davenport, the undersigned, Assistant Secretary, of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this _____ day of _____, 20_____.



By: _Gregory W. Davenport_
Gregory W. Davenport, Assistant Secretary

Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.

764 of 1000